**No. 66857.**—The Spiegel Bros. Corp. *v.* United States, protest 61/9369 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of steel harness hardware for use with harness for dogs similar in all material respects to that the subject of *International Expediters, Inc., et al.* v. *United States* (38 Cust. Ct. 230, C.D. 1868), the claim of the plaintiff was sustained.